UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                       Case No. 21-cv-238-JL

Charles Greenhalgh

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 2, 2021.

**SO ORDERED.**

                                                              /s/ Joe Laplante
                                                         Joseph N. Laplante
                                                         United States District Judge

Date: August 11, 2021

cc:   Josephine Amatucci, pro se